# EXHIBIT 2

## Mark Coberly

| | |
|---|---|
| **From:** | Lars Olsen <LOlsen@wfscorp.com> |
| **Sent:** | Tuesday, February 20, 2018 3:30 PM |
| **To:** | operations@hansaheavylift.com; TTS Denmark |
| **Cc:** | Joe Gowen |
| **Subject:** | {CONFIRMATION: HHL RIO DE JANEIRO / ST EUSTATIUS / 3000412} |
| **Attachments:** | Worldfuelservices_logo.gif; Worldfuelservices_logo.gif |

[Worldfuelservices_logo.gif]

20-FEB-2018 20:27 GMT

TO              : HANSA HEAVY LIFT GMBH
ATTENTION        : EVA FLOROPOULOU
                 : TTSDK
FROM             : WORLD FUEL SERVICES

WORLD FUEL SERVICES CONFIRMS you have placed following firm order:

VESSEL           : HHL RIO DE JANEIRO

IMO or WFS Reference Number 9424546 (Included for reference purposes only)

PORT             : ST EUSTATIUS
DATE             : 24-FEB-2018

AGENT            : CALLING INSTRUCTIONS

SELLER           : WORLD FUEL SERVICES
                 A TRADE NAME/DIVISION OF TRANS-TEC INTERNATIONAL, SRL
PAYMENT TERMS    : 60 DDD BY TT
BUYER            : MV HHL RIO DE JANEIRO AND HER OWNERS/OPERATORS AND
                 HANSA HEAVY LIFT GMBH

PHYSICAL         : NUSTAR ENERGY SERVICES INC
FUEL GRADE/SPEC  : 380CST/ISO 8217:2010:RMG380 MAX 3.5%S

1

QUANTITY      : 150.00 MTONS
PRICE         : USD 446.00 / MTONS  DELIVERED

PHYSICAL      : NUSTAR ENERGY SERVICES INC
FUEL GRADE/SPEC  : MGO/ISO 8217:2010:DMA MAX 0.1%S
QUANTITY      : 80.00 MTONS
PRICE         : USD 778.00 / MTONS  DELIVERED

EXPENSES      : LINTEC COSTS AS PER AGREEMENT

* Overtime/demurrage/cancellation fees/other charges (if any) at cost for Buyer's account

* Please ensure close coordination between agent/local supplier at all times

* Please inform us by return of any errors, omissions or changes in the above

All sales are on the credit of the vessel. Buyer is presumed to have authority to bind the vessel with a maritime lien. Disclaimer stamps placed by the vessel on the delivery receipt will have no effect and do not waive the Seller's lien.

This confirmation is governed by and incorporates by reference the Seller's Marine Group of Companies General Terms and Conditions for the sale of marine fuel products and related services, including the law and jurisdiction clause therein, in effect as of the date that this confirmation is issued, unless alternative terms and conditions have been prior agreed in writing by an authorised representative of the Seller. The Seller's Marine Group of Companies General Terms and Conditions can be found at:
https://www.wfscorp.com/Marine/pdf/Marine-Terms.pdf

Notwithstanding any other terms and conditions that may have been agreed in writing between the parties, each party represents and warrants to the other that at all times during the term of this Agreement it will comply with all laws and shall obtain all appropriate government approvals applicable to the performance of its obligations under this Agreement.

Notwithstanding the generality of the foregoing:

(a) Each party represents and warrants to the other that at all times during the term of this Agreement:

(1) it is knowledgeable about Anti-Bribery Laws applicable to the performance of all obligations under this Agreement and will comply with all such Anti-Bribery Laws;

(2) neither it nor, to its knowledge, any director, officer, agent, employee or other person acting on its behalf, has made, offered or authorized, or will make, offer or authorize, either directly or indirectly, any unlawful payment, gift, promise or other advantage related to this Agreement; and

(3) it has instituted and maintains policies and procedures designed to ensure continued compliance with Anti-Bribery Laws applicable to its performance under this Agreement, including, but not limited to, the maintenance of accurate books and records. Regardless of whether they may be directly applicable to a party, as a minimum, "Anti-Bribery Laws" means the United States Foreign Corrupt Practices Act of 1977 and the United Kingdom Bribery Act 2010 (each as amended from time to time) and all other applicable national, regional, provincial, state, municipal or local laws and regulations that prohibit the bribery of, or the providing of unlawful gratuities or other benefits to, any government official or any other person.

(b) Each party represents and warrants to the other that at all times during the term of this Agreement:

(1) it is knowledgeable about Trade Laws applicable to each party to this Agreement and will perform this Agreement such that each party remains in full compliance with all applicable Trade Laws (currently Iran, Cuba, Syria, North Korea and the Crimea Region of Ukraine);

(2) except as authorized or otherwise not prohibited under the terms of any applicable Trade Laws, neither it, nor any of its subsidiaries or, to its knowledge, any director, officer, employee, agent, or affiliate, is an individual or entity ("Person") that is or is owned or controlled by Persons that are (i) the subject of Trade Laws, or
(ii) located, organized or resident in a country or territory that is, or whose government is, the subject of Trade Laws;

(3) it obtains and maintains all certifications, credentials, authorizations, licenses and permits necessary to perform under this Agreement in compliance with all applicable Trade Laws; and

(4) it has instituted and maintains policies and procedures designed to ensure continued compliance with all Trade Laws applicable to the performance of this Agreement, including, but not limited to, the maintenance of accurate books and records. Regardless of whether they may be directly applicable to a party, as a minimum, "Trade Laws" includes all sanctions, embargoes, or other trade restrictions administered or enforced by the U.S. Department of

the Treasury's Office of Foreign Assets Control ("OFAC", including the OFAC Specially Designated Nationals List ("SDN List")), the U.S. Department of State, the United Nations Security Council, the European Union, Her Majesty's Treasury, or any other applicable authority or regulatory body (which currently includes Iran, Cuba, Syria, North Korea and the Crimea Region of Ukraine.)

(c) Each party represents and warrants to the other that at all times during the term of this Agreement:

(1) it is knowledgeable about Labor Laws applicable to the performance of all obligations under this Agreement and will comply with all such Labor Laws;

(2) it has instituted and maintains policies and procedures designed to ensure continued compliance with Labor Laws applicable to its performance under this Agreement, including, but not limited to, the maintenance of accurate books and records. Regardless of whether they may be directly applicable to a party, as a minimum, "Labor Laws" means the UK Modern Slavery Act 2015 and the United Nations Universal Declaration of Human Rights and all other applicable national, regional, provincial, state, municipal or local laws and regulations that (i) prohibit the use of forced or child labor, discrimination, harassment, abuse, or retaliation in their work place, and (ii) require providing wages, benefits, and working hours that meet or exceed the applicable legal standards and regulations.

(d) Notwithstanding any other clause of this Agreement, either party may terminate this Agreement immediately upon written notice to the other party at any time if, in its reasonable judgment, the other party is in breach of any of the representations and warranties in sub-clauses (a), (b), or (c) of this clause.

For changes please contact: Olsen, Mr. Lars at LOlsen@wfscorp.com

Authorized signatory for the World Fuel Services entity stated above,

RGDS,
JOE GOWEN

MSG#: 3000412