# EXHIBIT 3



**MARINE FUEL DELIVERY NOTE**

Tumbledown Dick Bay
St. Eustatius
Dutch Caribbean
Phone: 599-318-2300
Fax: 599-318-2259
E-Mail: bunkers@nustarenergy.com

**NuStar Terminals Marine Services N.V.**

| VESSEL NAME: | IMO NO. | DATE: |
|---|---|---|
| Hh/ Rio De Janeiro | 9424546 | FEB-27 2017 |
| DELIVERY LOCATION: | ORDER NO. | AGENT: |
| St. Eustatius | 0020161540 | SEVEN SEAS |
| BARGE NAME / DOCK / OTHER: | | |
| Statia Victory | | |

| PRODUCT | GROSS BBLS | NET BBLS | TEMP | WEIGHT METRIC TONS |
|---|---|---|---|---|
| IFO 380 | 980 | 968 | 92.1 | 149.972 |
| MGO | 603 | 597 | 81.0 | 79.998 |
|  |  |  |  |  |

| GRADE | VISCOSITY CST @ 50C | API | DENSITY | FLASH POINT (°F) | POUR POINT (°F) | SULFUR (% m/m) | WATER | MCR (%m/m) | VAN (mg/kg) | CETANE NO. (DIESEL) |
|---|---|---|---|---|---|---|---|---|---|---|
| IFO 380 | 358.10 | 13.4 | 975.9 | 187.0 | 26.6 | 2.13 | 0.3 | 11.9 | 152 | 0 |
| MGO | 2.800 | 36.0 | 844.3 | 145.4 | -0.40 | 0.0007 | 0.01 | 0 | 0 | 49.9 |
|  |  |  |  |  |  |  |  |  |  |  |

** The above specifications are only to be used as typical only (with the exception of sulfur)**

| SAMPLES/SEAL # | | | | | |
|---|---|---|---|---|---|
|  | IFO 380 | IFO | MGO/MDO | YES | NO |
| SHIP | 0186795 |  | 0186797 | VESSEL REPRESENTATIVE WINTNESSED SAMPLING ☐ ☒ |  |
| NTMS #1 | 0181794 |  | 0186798 |  |  |
| NTMS #2 | 0181795 |  |  |  |  |
| MARPOL – SHIP | 1723505 |  | 1723507 | VESSEL REPRESENTATIVE WITNESS GUAGING/METER ☒ ☐ |  |
| MARPOL - SUPPLIER | 1723506 |  | 1723508 |  |  |

ANY DISCLAIMER BY THE PURCHASER OF THE MARINE FUELS COVERED BY THIS NOTE WILL HAVE NO FORCE OR EFFECT, REGARDLESS OF WHETHER THE DISCLAIMER IS IN THE FORM OF A STAMP, A HANDWRITTEN STATEMENT, OR ANY OTHER FORM. WITHOUT LIMITING THE FOREGOING, NO DISCLAIMER BY THE PURCHASER OF MARINE FUELS COVERED BY THIS NOTE WILL ALTER OR WAIVE: THE INFORMATION CONTAINED IN THIS NOTE; THE SELLER'S MARITIME LIEN AGAINST THE RECEIVING VESSEL FOR THE COST OF THE MARINE FUELS COVERED BY THIS NOTE; OR THE RECEIVING VESSEL'S LIABILITY FOR THE COST OF THE MARINE FUELS COVERED BY THIS NOTE.

THE SAMPLE RETAINED BY SELLER WILL BE DEEMED THE ONLY REPRESENTATIVE SAMPLE OF THE MARINE FUELS COVERED BY THIS NOTE. NO SAMPLE RETAINED BY THE PURCHASER MAY BE USED AS EVIDENCE IN ANY LEGAL PROCEEDING ARISING OUT OF THE SALE OF MARINE FUELS TO WHICH THIS NOTE IS RELATED.

SUPPLIER CONFIRMS THAT THE FUEL OIL DELIVERED CONFORMS TO REGULATIONS 14 AND 18 OF ANNEX VI OF MARPOL 73/78.

_/s/ Oscar Morein_
NuStar Terminals Marine Services NV.

Master / Chief Engineer