# EXHIBIT 4

# INVOICE

**WORLD FUEL SERVICES**
A TRADE NAME/DIVISION OF TRANS-TEC INTERNATIONAL, SRL
PARQUE EMPRESARIAL FORUM 2, EDIFICIO N, PISO NO.4
SANTA ANA, SAN JOSE, COSTA RICA
Ced. Jur.# 3-102-685626

M/V HHL RIO DE JANEIRO AND/OR HER OWNERS/OPERATORS AND
HANSA HEAVY LIFT GMBH
OBERBAUMBRUCKE 1
HAMBURG, HAMBURG 20457
GERMANY
TAX REG: DE276971804

| CUSTOMER NO. | INVOICE NO. | INVOICE DATE | PAGE NO. |
|---|---|---|---|
| 111475 | 109564-31222 | 14-MAR-18 | 1 - 1 |

Tel: (305) 428-8001 Fax: (305) 392-5605
Internet: www.wfscorp.com

**WIRE TRANSFER FUNDS TO:**
Bank of America N.A. NEW YORK, NY
SWIFT: BOFAUS3N
FedWire ABA: 026009593
ACH ABA: USABA
ACCT: World Fuel Services Europe, Ltd
ACCT# 5800678517
ALL BANK CHARGES ARE FOR SENDERS ACCOUNT

| LIFT DATE | BDR NO. | ORDER NO. | CONTRACT NO. | PO NO. | TERMS |
|---|---|---|---|---|---|
| 27-FEB-18 | 20161540 | N/A | N/A | 3000412 | 60 DDD BY TT |
| VESSEL | PORT | COUNTRY | DESTINATION | ITEM NO. | DUE DATE |
| HHL RIO DE JANEIRO | ST EUSTATIUS | BONAIRE, SINT EUSTATIU | TBN | N/A | 28-APR-18 |

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT | | TAX AMOUNT | | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | CRC | USD | CRC | USD | USD |
| 380CST / RMG380 MAX 3.5%S(10) | 149.9720 MTN | 446.00000 USD/MTN | 38,315,841 | 66,887.51 | 0 | 0.00 | 66,887.51 |
| MGO / DMA MAX 0.1%S(10) | 79.9980 MTN | 778.00000 USD/MTN | 35,652,668 | 62,238.44 | 0 | 0.00 | 62,238.44 |
| FLAT / SAMPLING & ANALYSI | 1.00000 FLT | 1,500.00000 USD/FLT | 859,260 | 1,500.00 | 0 | 0.00 | 1,500.00 |
| | | | 74,827,769 | 130,625.95 | 0 | 0.00 | 130,625.95 |

This transaction is subject to the terms and conditions of sale set forth at www.wfscorp.com/Marine/index.jsp
WE WILL ASSUME THIS INVOICE TO BE CORRECT UNLESS WE RECEIVE WRITTEN NOTICE FROM YOU WITHIN 14 DAYS FROM THE INVOICE DATE.
A CHARGE OF 2% PER MONTH PRO RATA WILL BE APPLIED ON AMOUNTS PAST DUE.

Please note that World Fuel Services is consolidating its brands. As a result, you may notice that the brand name or logo changes on certain documents. Rest assured that this branding change does not change the legal entity. The legal entity you are contracted to work with will remain your contractual partner at all times.

| MAIL INSTRUCTIONS | EXCHANGE RATE | CUSTOMER PO NO. | PLEASE REMIT THIS AMOUNT |
|---|---|---|---|
| REGULAR MAIL | 572.84000 CRC/USD | N/A | USD  130,625.95 |